# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-05126-SVW-AS | Date | February 16, 2024 |
|---|---|---|---|
| Title | Leila Sha v. Antony J. Blinken et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on January 19, 2024, issued an order to show cause why this action should not be dismissed. Plaintiff's response was February 2, 2024.

To date, plaintiff has failed to respond. The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |